Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Christopher Perkins and Monique Perkins

Alan Lee Rosen, Esq. (SBN: 67328)
alanlrosen@hotmail.com
**ROSEN & LOEB**
2659 Townsgate Road, Suite 136
Westlake Village, CA 91361
Telephone: (805) 777-0066
Facsimile: (805) 777-7654

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER PERKINS and MONIQUE PERKINS,**<br><br>**Plaintiffs,**<br>v.<br><br>**LAW OFFICES OF ROSEN & LOEB,**<br><br>**Defendant.** | Case No: 3:15-cv-02614-BEN-JLB<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. ROGER T. BENITEZ** |

Plaintiffs CHRISTOPHER PERKINS and MONIQUE PERKINS, (hereinafter "Plaintiffs") and Defendant LAW OFFICES OF ROSEN & LOEB (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice.

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

Date: March 30, 2016                                        **KAZEROUNI LAW GROUP, APC**

                                                            By:  s/Abbas Kazerounian
                                                                 Abbas Kazerounian
                                                                 Attorneys for Plaintiff

Dated: March 30, 2016                                       **ROSEN & LOEB**

                                                            By:  s/Alan Lee Rosen
                                                                 Alan Lee Rosen
                                                                 Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Alan Lee Rosen, counsel for Defendant, and that I have obtained Mr. Rosen's authorization to affix his electronic signature to this document.

Dated: March 30, 2016                                       **KAZEROUNI LAW GROUP, APC**

                                                            By:  s/Abbas Kazerounian
                                                                 Abbas Kazerounian
                                                                 Attorneys for Plaintiff