# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| <u>Case Name:</u> | **Perkins et al. v. Law Offices of Rosen & Loeb** | <u>Case No.:</u> | **15-cv-2614 BEN (JLB)** |
|---|---|---|---|

| <u>Hon. Jill L. Burkhardt</u> | <u>Ct. Deputy Roi-Ann Bressi</u> | <u>Rptr. Tape: n/a</u> |
|---|---|---|

The parties filed a Joint Motion for Dismissal with Prejudice in this case on March 30, 2016. (ECF No. 12.) In light of this filing, the Settlement Disposition Conference set for April 15, 2016, is **VACATED**.

**IT IS SO ORDERED.**

Date: March 31, 2016                                                                Initials: lc1