FILED

2016 APR -5  AM 9:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
TH

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER PERKINS and MONIQUE PERKINS,**<br><br>Plaintiffs,<br>v.<br><br>**LAW OFFICES OF ROSEN & LOEB,**<br><br>Defendant. | Case No: 3:15-cv-02614-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Docket No. 12] |

The parties' Joint Motion to Dismiss is **GRANTED**. The action is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED: 4/4/2016

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE